ANDREA M. KIMBALL (State Bar No. 196485)
SNR DENTON US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
Telephone: (816) 460-2400
Facsimile: (816) 531-7545
Email: andrea.kimball@snrdenton.com

MARIE LEGGON WRIGHTEN (State Bar No. 167221)
VIRGINIA K. YOUNG (State Bar No. 174384)
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: marie.wrighten@snrdenton.com
       virginia.young@snrdenton.com

Attorneys for Defendant
WIRELESS LIFESTYLE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRAZIER, an individual; DEJESUS LIBRAN, an individual; on behalf of themselves and other persons similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>WIRELESS LIFESTYLE, INC.; and DOES 1 through 10,<br><br>    Defendant. | No. 3:11-cv-05192-MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT WIRELESS LIFESTYLE, INC.'S ADMINISTRATIVE MOTION TO (1) SHORTEN TIME ON MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF MOTION TO TRANSFER TO MDL AND (2) MODIFY BRIEFING SCHEDULE AND HEARING DATE ON MOTION FOR REMAND TO STATE COURT<br><br>Judge Maxine M. Chesney |

After considering the papers and evidence submitted in support of Defendant Wireless Lifestyle, Inc.'s ("Wireless Lifestyle") Administrative Motion to Modify Briefing Schedule and Hearing Date on (1) Motion to Stay Proceedings Pending Resolution of Motion to Transfer to MDL and (2) Motion for Remand to State Court ("Administrative Motion"), the Court HEREBY GRANTS Wireless Lifestyle's Administrative Motion.

There is good cause for granting Wireless Lifestyle's Administrative Motion, as doing so will serve judicial economy, prevent prejudice to Wireless Lifestyle, eliminate the potential for conflicting pretrial rulings on issues common to the actions sought to be transferred to the MDL (including jurisdiction determinations), and ensure that the actions proceed in an orderly, coordinated fashion under the direction of the MDL court if they are transferred there. Any opposition brief to Defendant Wireless Lifestyle's Motion to Stay Action Pending Resolution of Motion to Transfer to MDL ("Stay Motion") will be due on November ~~28~~ 30, 2011. Any reply brief in support of the Stay Motion will be due on December ~~5~~ 7, 2011. The hearing on the Stay Motion will be on December ~~9~~ 16, 2011 at 9:00 a.m.

The Court vacates the December 9, 2011 hearing on Plaintiffs' Motion for Remand and further orders that no briefs are due on Plaintiffs' Motion for Remand. If the Stay Motion is denied, the Court will set a briefing and hearing schedule on Plaintiffs' Motion for Remand.

IT IS SO ORDERED.

Dated: November 18, 2011

_____
Hon. Maxine M. Chesney
United States District Court Judge

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1
[PROPOSED] ORDER ON WIRELESS LIFESTYLE'S
ADMINISTRATIVE MOTION
No. 3:11-cv-05192-MMC