ANDREA M. KIMBALL (State Bar No. 196485)
SNR DENTON US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700
Telephone:  (816) 460-2400
Facsimile:  (816) 531-7545
Email:      andrea.kimball@snrdenton.com

MARIE LEGGON WRIGHTEN (State Bar No. 167221)
VIRGINIA K. YOUNG (State Bar No. 174384)
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:      marie.wrighten@snrdenton.com
            virginia.young@snrdenton.com

Attorneys for Defendant
WIRELESS LIFESTYLE, INC.


MATT BAILEY (SBN SBN 218685)
DYLAN POLLARD (SBN 180306)
POLLARD BAILEY
9701 Wilshire Blvd., 10th Floor
Beverly Hills, CA 90069
Telephone:  (310) 854-7650
Fax:        (310) 492-9934
Email:      mbailey@pollardbailey.com
            dpollard@pollardbailey.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRAZIER, an individual; DEJESUS LIBRAN, an individual; on behalf of themselves and all other similarly situated current and former employees,<br><br>                Plaintiffs,<br><br>        vs.<br><br>WIRELESS LIFESTYLE, INC., a Kansas Corporation, and DOES 1 through 50, Inclusive,<br><br>                Defendants. | No. 3:11-cv-05192-MMC<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY THE HEARING DATE ON DEFENDANT WIRELESS LIFESTYLE'S MOTION TO STAY PROCEEDINGS PENDING THE RESOLUTION OF MOTION TO TRANSFER TO MDL |

Before the Court is the Joint Stipulation to Modify the Hearing Date on Defendant Wireless Lifestyle's Motion to Stay Proceedings Pending Resolution of Motion to Transfer to MDL between Plaintiffs KEVIN FRAZIER AND DEJESUS LIBRAN, on behalf of themselves and all others similarly situated  ("Plaintiffs"), and defendant WIRELESS LIFESTYLE, INC. ("Wireless Lifestyle").

Good cause having been shown, the Court HEREBY GRANTS the Joint Stipulation to Modify the Hearing Date on Defendant Wireless Lifestyle's Motion to Stay Proceedings Pending Resolution of Motion to Transfer to MDL.  The Court orders that **(1)** the December 16, 2011 hearing on Wireless Lifestyle's Motion to Stay is hereby vacated, and **(2)** the hearing date is rescheduled to ~~December 19, December 20, or December 21, 2011, at 9:00 a.m.~~   January 13, 2012, the first available hearing date.

IT IS SO ORDERED.

Dated:   December 9, 2011



_____
Hon. Maxine M. Chesney
United States District Court Judge

-1-
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY
HEARING DATE ON WIRELESS LIFESTYLE'S MOTION TO STAY
USDC Case No. 3:11-cv-05192-MMC