United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN FRAZIER, et al.,           No. C-11-5192 MMC

      Plaintiffs,            **ORDER LIFTING STAY AND SETTING MARCH 2, 2012 HEARING ON PLAINTIFFS' MOTION TO REMAND**

  v.

WIRELESS LIFESTYLE, INC.,

      Defendant.
_____/

By order filed January 9, 2012, the Court stayed all proceedings in the above-titled action, pending resolution by the Judicial Panel on Multidistrict Litigation ("JPML") on a motion to transfer filed by defendant. By order filed February 3, 2012, the JPML denied defendant's motion to transfer. See In re Wireless Lifestyle, Inc., Fair Labor Standards Act and Wage and Hour Litigation, MDL No. 2322, Doc. No. 27. Accordingly, the stay is hereby LIFTED.

The stay having been lifted, plaintiffs' motion to remand, which motion has been fully briefed, is hereby SET for hearing on March 2, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: February 3, 2012

_____
MAXINE M. CHESNEY
United States District Judge