Dylan Pollard, Esq., SBN 180306
Matt C. Bailey, Esq.  SBN 218685
Roxanna Tabatabaeepour, Esq., SBN 260187
POLLARD | BAILEY
9701 Wilshire Blvd., 10th Floor
Beverly Hills, CA 90212
Telephone: (310) 854-7650
Facsimile:  (310) 492-9934

*Attorneys for Plaintiff,*
*Kevin Frazier and Dejesus Libran*

Marie Leggon Wrighten, Esq. SBN 167221
Virginia K. Young, Esq. SBN 174384
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

*Attorneys for Defendant,*
*Wireless Lifestyle, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN FRAZIER, an individual; DEJESUS LIBRAN, an individual; on behalf of themselves and all other similarly situated current and former employees,<br><br>Plaintiff,<br><br>vs.<br><br>WIRELESS LIFESTYLE, INC, a Kansas Corporation, and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 4:11-cv-05192-MMC<br><br>CLASS ACTION<br><br>**ORDER APPROVING**<br><br>**STIPULATION & [PROPOSED ORDER] TO CONTINUE ORAL ARGUMENT AND STAY THIS COURT'S RULING ON *PLAINTIFFS' MOTION TO REMAND* UNTIL JUNE 15, 2012**<br><br>Date Filed:  September 20, 2011<br>Removal:     October 25, 2011<br>Trial Date:   None<br>Judge:         Hon. Maxine Chesnev |

**STIPULATION & ORDER TO CONTINUE ORAL ARGUMENT AND STAY RULING ON MOTION TO REMAND**

Pollard • Bailey

1    This Stipulation and [proposed] Order is entered into by Plaintiffs KEVIN FRAZIER
2  and DEJESUS LIBRAN ("Plaintiffs") and Defendant WIRELESS LIFESTYLE, INC.
3  ("Defendant") (hereinafter the "Parties") as follows:
4    WHEREAS, on September 20, 2011, Plaintiffs filed the instant proposed wage and hour
5  class action against Defendant;
6    WHEREAS, on October 25, 2011, Defendant removed the instant action on the grounds
7  that this Court had original federal jurisdiction under 28 U.S.C. § 1332;
8    WHEREAS, Plaintiffs filed a *Motion to Remand* on November 3, 2011, and a decision
9  on that Motion is currently pending;
10   WHEREAS oral argument on *Plaintiffs' Motion to Remand* is currently scheduled to be
11 held on March 2, 2012;
12   WHEREAS the Parties have agreed to engage in a global mediation that, in addition to
13 the Parties to the instant Action, also includes the plaintiffs in the following three putative
14 wage and hour actions pending against Defendant in various judicial districts in California and
15 Missouri: *Martinez v. Wireless Lifestyle, Inc.*, 3:11-cv-05132-CRB; *Coleman v. Wireless
16 Lifestyle Inc.*, 5:11-cv-01727-RGK-AJW; *White v. Pasha Distribution Corp.*, 4:11-cv-00975-
17 ODS;
18   WHEREAS the Parties have agreed to use their best efforts to complete mediation no
19 later than May 24, 2012;
20   WHEREAS the Parties shall promptly notify this Court after the conclusion of the
21 mediation whether a settlement was reached;
22   WHEREAS, in an effort to preserve resources and avoid undue expense, the Parties
23 therefore desire to continue oral argument and stay this Court's ruling on *Plaintiffs' Motion to
24 Remand* until June 15, 2012 to facilitate settlement discussions;
25   WHEREAS the instant Stipulation is contingent upon the occurrence of the mediation
26 set forth herein, the Parties reserve the right to request that the Court reset a hearing on
27 *Plaintiffs' Motion to Remand* for a date earlier than June 15, 2012 in the event that the
28 anticipated mediation does not occur;

1

**STIPULATION & ORDER TO CONTINUE ORAL ARGUMENT AND STAY RULING ON MOTION TO REMAND**

1    IT IS HEREBY STIPULATED that the Court enter an order continuing oral argument
2 and staying a ruling on *Plaintiffs' Motion to Remand* until June 15, 2012.

3 Dated: February 27, 2012            POLLARD | BAILEY

4                                      By: /s/ _____
5                                      Matt C. Bailey, Esq.
6                                      Dylan F. Pollard, Esq.

7                                      *Attorneys for Plaintiff*
                                       *Kevin Frazier and Dejesus Libran*
8

9 Dated: February 27, 2012            SNR DENTON US LLP

10                                     By: /s/ _____
11                                     Marie Leggon Wrighten, Esq.
                                       Virginia K. Young, Esq.
12
                                       *Attorneys for Defendant*
13                                     *Wireless Lifestyle, Inc.*

14

15                          [~~PROPOSED~~] ORDER

16    The Court, having considered the stipulation of the Parties, hereby orders that oral
17 argument on *Plaintiffs' Motion to Remand*, presently scheduled for March 2, 2012, shall be
18 continued until June 15, 2012 and that a ruling on Plaintiffs' Motion shall issue after that date.

19 Dated: February 28, 2012            _____
20                                     Hon. Maxine Chesney
                                       United States District court Judge
21

22
23
24
25
26
27
28