IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN FRAZIER, et al.,

    Plaintiffs,

v.

WIRELESS LIFESTYLE, INC.,

    Defendant.

No. C-11-5192 MMC

**ORDER VACATING JUNE 15, 2012 HEARING ON PLAINTIFFS' MOTION TO REMAND**

Before the Court is the Motion to Remand Action to State Court, filed November 3, 2011 by plaintiffs Kevin Frazier and DeJesus Libran. Defendant Wireless Lifestyle, Inc. has filed opposition, to which plaintiffs have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the parties' respective written submissions and hereby VACATES the hearing scheduled for June 15, 2012. In light of the parties' stipulation, approved by the Court by order filed February 28, 2012, however, the Court will not issue a ruling on the matter until after June 15, 2012.

**IT IS SO ORDERED.**

Dated: June 8, 2012

                                              MAXINE M. CHESNEY
                                              United States District Judge